United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                     Case No. 21-01691-HWV
Randy L Ruppert                                            Chapter 7
Denise A Ruppert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: admin                                            Page 1 of 3
Date Rcvd: Nov 08, 2021                            Form ID: 318                                        Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy L Ruppert, 384 Tree Line Park,, Apt. 1023, San Antonio, TX 78209-1859 |
| jdb | + | Denise A Ruppert, 301 N. Progress Avenue, Apt. J11, Harrisburg, PA 17109-6521 |
| 5428182 | | Credit First N.A., P.O. Box 81315, Cleveland, OH 44188-0315 |
| 5428185 | + | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5428184 | | Met-Ed, P.O. Box 3687, Akron, OH 44309-3687 |
| 5428187 | + | PennyMac Loan Services, LLC, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5428200 | + | Turnstile Capital Management, PO Box 88740, Sioux Falls, SD 57109-8740 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Nov 08 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5428176 | + | EDI: CAPITALONE.COM | Nov 08 2021 23:48:00 | Capital One Bank USA, ATTN: Bankrutpcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5428177 | + | EDI: CAPITALONE.COM | Nov 08 2021 23:48:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5428178 | + | EDI: WFNNB.COM | Nov 08 2021 23:48:00 | Comenity Bank/ Lending Club, Attn: Bankruptcy, P.O Box 182125, Columbus, OH 43218-2125 |
| 5428183 | + | Email/Text: bankruptcy@hsn.net | Nov 08 2021 18:42:00 | HSNI LLC, 1 HSN Drive Street, Saint Petersburg, FL 33729-0001 |
| 5428186 | + | EDI: AGFINANCE.COM | Nov 08 2021 23:43:00 | OneMain, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5428188 | | Email/Text: bankruptcynotices@psecu.com | Nov 08 2021 18:42:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5428190 | | Email/Text: claimsdepartment@sunnova.com | Nov 08 2021 18:42:00 | Sunnova Energy Corporation, 20 Greenway Plaza #540, Houston, TX 77046 |
| 5428189 | + | EDI: DRIV.COM | Nov 08 2021 23:48:00 | Santandar Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5428191 | + | EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5428194 | + | EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/Lowes, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5428195 | + | EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5428199 | + | EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/Value City Furniture, Attn: Bankruptcy Dept., P.O Box 965060, Orlando, FL 32896-5060 |
| 5428192 | + | EDI: RMSC.COM | | |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5428197 | + EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/care credit, Attn: Bankruptcy, P.O Box 965064, Orlando, FL 32896-5064 |
| 5428198 | + EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/qvc, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5428498 | + EDI: RMSC.COM | Nov 08 2021 23:48:00 | Syncb/sams Club, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5428201 | EDI: USAA.COM | Nov 08 2021 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5428179 | + EDI: WFNNB.COM | Nov 08 2021 23:43:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 |
| 5428180 | + EDI: WFNNB.COM | Nov 08 2021 23:48:00 | comenitybank/wayfair, attn: Bankruptcy, P.O Box 182125, Columbus, OH 43218-2125 |
| 5428181 | + EDI: WFNNB.COM | Nov 08 2021 23:48:00 | comenitycb/myplacerewards, attn: Bankrutpcy, P.O Box 182125, Columbus, OH 43218-2125 |
| 5428193 | + EDI: RMSC.COM | Nov 08 2021 23:48:00 | comenitycb/overstock, P.O Box 182125, Columbus, OH 43218-2125 |
| 5428196 | + EDI: RMSC.COM | Nov 08 2021 23:48:00 | syncb/litt, attn: Bankruptcy, P.O Box 965060, Orlando, FL 32896-5060 |
| | | Nov 08 2021 23:48:00 | syncb/ppc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Leah M Stump | on behalf of Debtor 1 Randy L Ruppert lstump@shepleylaw.com |
| Leah M Stump | |

|  |  |
|---|---|
|  | on behalf of Debtor 2 Denise A Ruppert lstump@shepleylaw.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Randy L Ruppert | Social Security number or ITIN | xxx–xx–2938 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Denise A Ruppert | Social Security number or ITIN | xxx–xx–3879 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:21–bk–01691–HWV | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy L Ruppert

Denise A Ruppert
aka Denise A. House

11/8/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**